


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

**Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause**

Offender: Smith, Curtis                                                           Docket Number: 07 CR 567(CLB)

Sentencing Judge: Honorable Charles L. Brieant , U.S. District Judge

Date of Original Sentence:    September 11, 2002

Original Offense:    18 USC 659: Theft of Interstate Freight

Original Sentence:   63 months imprisonment; three years supervised release. Revocation/TSR:
8/9/06 - Sentence: 8 months imprisonment; 24 months supervised release

Type of Supervision:    Supervised Release      Date Supervision Commenced:    January 6, 2006

---

### PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following conditions of supervision:

Violation
Number    Nature of Noncompliance

1. On or about June 21, 2007, July 23, 2007, August 14, 2007, in the Southern District of New York, July the releasee used a controlled substance, to wit, cocaine. Mandated Condition - Grade C Violation

2. On or about June 21, 2007, July 23, 2007, August 14, 2007, in the Southern District of New York, the releasee possessed a controlled substance, to wit, cocaine. Mandated Condition, Mandatory revocation - Grade C Violation.

3. On July 16, 2007 in Marlborough, New York, the offender committed a new criminal offense, to wit, Criminal Possession of a Controlled Substance (NYSPL 220.03) - Class A Misdemeanor - Grade C Violation, Mandatory Condition.

4. On August 20, 2007 the offender refused to attend the substance abuse treatment program at the Riverside Support center in Port Jervis, N.Y. as directed by the U.S. Probation Officer. Grade C Violation, Special Condition

(Rev. eVOP ½5/07)

U.S. Probation Officer Recommendation:

The term of supervision should be:

Revoked

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Peter C. Warner
Senior U.S. Probation Officer

Approved By:

Harold N. Grant   Date  8/23/07

(Rev. eVOP 1/5/07)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ]   The Issuance of a Summons
      The Offender is directed to appear as follows:

            Date: _____
            Time: _____
            Place: _____

[X]   The Issuance of a Warrant

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Other


_____
Signature of Judicial Officer

_August 29, 2007_____
Date

(Rev. eVOP 1/5/07)