


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

**Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause**

Offender: Smith, Curtis                                           Docket Number: 07 CR 567(CLB)

Sentencing Judge: Honorable Charles Brieant, U.S. District Judge

Date of Original Sentence:   October 21, 2003

Original Offense:   18 USC 659: Theft of Interstate Freight

Original Sentence:   63 months imprisonment; three years supervised release; revocation/TSR

Revocation Sentence:   (8/9/06) 8 months imprisonment; 24 months supervised release

Type of Supervision:   Supervised Release      Date Supervision Commenced:   January 6, 2006

---

## PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following conditions of supervision:

<u>Nature of Noncompliance</u>

1   ON OR ABOUT MAY 25, 2008, IN THE CITY OF NEWBURGH, N.Y., THE RELEASEE COMMITTED A STATE CRIME; TO WIT, GRAND LARCENY 3RD DEGREE, IN VIOLATION OF NYSPL 155.35, A CLASS D FELONY (MANDATED CONDITION, GRADE B VIOLATION)

2   ON OR ABOUT MAY 25, 2008, IN THE CITY OF NEWBURGH, N.Y., THE RELEASEE COMMITTED A STATE CRIME; TO WIT, GRAND LARCENY 4TH DEGREE, IN VIOLATION OF NYSPL 155.30, A CLASS E FELONY. (MANDATED CONDITION, GRADE B VIOLATION)

3   ON OR ABOUT MAY 25, 2008, IN THE CITY OF NEWBURGH, N.Y., THE RELEASEE COMMITTED A STATE CRIME; TO WIT, POSSESSION OF STOLEN PROPERTY 5TH DEGREE, IN VIOLATION OF NYSPL 165.40, A CLASS A MISDEMEANOR. (MANDATED CONDITION, GRADE C VIOLATION)

4.   ON JULY 2, 2008, AND ANYTIME THEREAFTER, THE RELEASEE FAILED TO REPORT TO HIS PROBATION OFFICER AS DIRECTED. (CONDITION #2, GRADE C VIOLATION)

(Rev. eVOP 12/06/07)

5.  ON OR ABOUT JULY 8, 2008, IN THE CITY OF ELIZABETH, N.J. THE RELEASEE COMMITTED A STATE CRIME; TO WIT, RECEIVING STOLEN PROPERTY, IN VIOLATION OF NJSPL 2C:20-7. (MANDATED CONDITION, GRADE B VIOLATION)

6.  ON OR ABOUT JULY 8, 2008, IN THE CITY OF ELIZABETH, N.J. THE RELEASEE COMMITTED A STATE CRIME; TO WIT, POSSESSION OF COCAINE, IN VIOLATION OF NJSPL 2C:35-10A1. (MANDATED CONDITION, GRADE A VIOLATION - MANDATORY REVOCATION)

7.  ON OR ABOUT JULY 8, 2008, IN THE CITY OF ELIZABETH, N.J. THE RELEASEE COMMITTED A STATE CRIME; TO WIT, POSSESSION OF PARAPHERNALIA, IN VIOLATION OF NJSPL 2C:36-2, A VIOLATION . (MANDATED CONDITION, GRADE C VIOLATION)

U.S. Probation Officer Recommendation:

The term of supervision should be:

Revoked [X]

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

*Peter C. Warner*
Peter C. Warner
Sr. U.S. Probation Officer
(845) 344-6117

Approved By:

_____  7/21/08
Edwin Rodriguez, Jr.      Date
Sr. U.S. Probation Officer
(845) 344-6142

(Rev eVOP 12/06/07)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ]   The Issuance of a Summons
      The Offender is directed to appear as follows:

          Date: _____
          Time: _____
          Place: _____

[X]   The Issuance of a Warrant
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Other

_____
Signature of Judicial Officer

7/28/08
Date

(Rev. eVOP 12/06/07)